# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | | Case No. 2:20-cr-94(3) |
| | : | |
| Vs. | | Judge Sarah D. Morrison |
| | : | |
| Eric Ahiekpor, | | |
| Defendant. | : | |

## DEFENDANT ERIC AHIEKPOR'S MOTION TO TRAVEL

Now comes Defendant Eric Ahiekpor, by and through counsel and moves this Court for an order to allow him to travel to Toledo, Ohio on December 17, 2021 through December 19, 2021 for his daughter's graduation. (See Attached Exhibit A)

Respectfully submitted,

/s/ Byron L. Potts
Byron L. Potts (0040246)
Attorney for Defendant
761 South High Street
Columbus, Ohio 43206
614/228-2154
byronpotts@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent to Plaintiff by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy of the foregoing was also sent via email to the following this 15th day of December, 2021:

Melinda Vincent
U.S. Probation Officer
melinda_vincent@ohsp.uscourts.gov

Peter Glenn-Applegate
Assistant United States Attorney
peter.glenn-applegate@usdoj.gov

BYRON L. POTTS & CO., LPA
ATTORNEYS AT LAW
761 S. HIGH STREET
COLUMBUS, OHIO 43206
(614) 228-2154
www.blpotts.com
byronpotts@msn.com

/s/Byron L. Potts
Byron L. Potts (0040246)
Attorney for Defendant

BYRON L. POTTS & CO., LPA
ATTORNEYS AT LAW
761 S. HIGH STREET
COLUMBUS, OHIO 43206
(614) 228-2154
www.blpotts.com
byronpotts@msn.com

Good afternoon Byron,

Kindly petition the judge to allow me to attend my daughter Erica's college graduation on December 18. Below is the invitation. I will like to be there on the evening of the 17th and return on the 19th.

Thank you very much.



---------- Forwarded message ---------
From: **University of Toledo** <AthleticTicketOffice@utoledo.edu>
Date: Mon, Dec 6, 2021, 2:46 PM
Subject: Erica Ahiekpor wants to send you 1 ticket
To: <eric.ahiekpor@gmail.com>



# Erica Ahiekpor wants to send you 1 ticket

This transfer expires in 1 week at Mon, Dec 13, 2021 · 2:45pm. **This email is not a ticket.**

Accept Transfer

Or copy & paste this link into your browser:
https://tk.fan/s/VwmdDvZr

**2021 Undergraduate Fall Commencement AM**
Sat, Dec 18, 2021, · 9:00am

Level 100
Section 109 · Row 12
Seat(s) 5

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**