IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    vs.

Case No. 2:20-cr-94 (3)
Judge Sarah D. Morrison
Magistrate Judge Elizabeth P. Deavers

**ERIC AHIEKPOR,**

    **Defendant.**

## ORDER

Defendant's Motion to Travel (ECF No. 189) is **GRANTED**. Defendant may travel to New York on February 27, 2022 and return on February 28, 2022. He may travel to Washington, D.C. on March 5, to New York on March 6, 2022 and return on March 9, 2022. Finally, Defendant may travel to Miami on March 16, 2022. All travel, however, is **CONTINGENT** upon Defendant providing the United States Pretrial Services Officer all travel itineraries (flight and vehicular), confirmation regarding where he will be staying at each location as well as signed contracts corroborating that his travel is associated with his work as a tour manager. All other provisions of the Order Setting Conditions of Release remain in full force and effect.

Defendant is **CAUTIONED** that any future request for travel without sufficient support will be denied.

    **IT IS SO ORDERED.**

DATED: February 25, 2022

/s/ *Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**